## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:

Donnell Robinson, Jr.

v.

Grundy County, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donnell Robinson

```
FILED: JULY 14, 2008
08CV3974
JUDGE COAR
MAGISTRATE JUDGE MASON
YM
```

| | |
|---|---|
| NAME (Type or print) | |
| Mary DeSloover | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mary DeSloover | |
| FIRM | |
| | |
| STREET ADDRESS | |
| 407 S. Dearborn St., Suite 1675 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06224781 | (312) 697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |