## United States District Court for the Northern District of Illinois

Case Number: 08CV3974     Assigned/Issued By: DAJ

Judge Name: COAR     Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2930342

Date Payment Rec'd: 07/14/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons     [ ] Alias Summons

[ ] Third Party Summons     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
      (Type of Writ)

 2  Original and  0  copies on  07/14/08  as to  DEF'S. _____
                             (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05