IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNELL ROBINSON, JR.** ) | |
|    **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **GRUNDY COUNTY AND SHELDON SOBOL,** ) | No. 08 C 3974 |
| **GRUNDY COUNTY STATES ATTORNEY** ) | |
| ) | **Honorable Judge Coar,** |
|    **Defendants.** ) | **Presiding** |
| ) | |

## NOTICE OF FILING

TO:   Sheldon Sobol
      Grundy County States Attorney
       111 E Washington St.
      Morris, IL 60450

   PLEASE TAKE NOTICE that on July 16, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***PLAINTIFF'S AMENDED COMPLAINT***, copies of which are attached.


                                S/ Thomas Peters
                                THOMAS PETERS
                                KEVIN PETERS
                                MARY DeSLOOVER
                                ATTORNEY FOR PLAINTIFF
                                407 S. Dearborn, Suite 1675
                                Chicago, IL 60605
                                312-697-0022

**CERTIFICATE OF SERVICE**

    I CERTIFY that I have electronically delivered a copy of this Notice to Counsel for the Defendants at the address set forth above.

    DATED at Chicago, Illinois, July 16, 2008.

                                                  S/ Thomas Peters